UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA TROCHE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>RINSE, INC., d/b/a RINSE.COM,<br><br>      Defendant. | Case No.: 1:24-cv-00057-JPO<br><br>**NOTICE OF APPEARANCE**<br>**<u>OF MICHAEL F. FLEMING, ESQ.</u>** |

**PLEASE TAKE NOTICE** that Michael F. Fleming, Esq., of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Rinse, Inc., in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: michael.fleming@morganlewis.com.

Dated: January 11, 2024      Respectfully submitted,

                */s/ Michael F. Fleming*
                Michael F. Fleming
                Morgan, Lewis & Bockius LLP
                101 Park Avenue
                New York, New York 10178
                Telephone: (212) 309-6000
                Facsimile: (212) 309-6001
                michael.fleming@morganlewis.com

                *Attorneys for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

     I, Michael F. Fleming, hereby certify that a true and correct copy of the foregoing Notice of Appearance of Michael F. Fleming, Esq. was served via ECF on this 11th day of January 2024 upon attorneys for Plaintiff.

| | |
|---|---|
| Dated:  January 11, 2024 | <u>*/s/ Michael F. Fleming*</u><br>Michael F. Fleming |