UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA TROCHE, on behalf of herself and all others similarly situated,

        Plaintiffs,

v.

RINSE, INC.,

        Defendant.

1:24-cv-00057

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Veronica Troche ("Plaintiff") and Rinse, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: April 29, 2024

JOSEPH & NORINSBERG, LLC

By: _____
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
110 East 59th Street, Suite 2300 New York, New York 10022 Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: __May 23__, 2024

_____
J. PAUL OETKEN
United States District Judge